FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 MAY 22 PM 1: 17

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| JACKIE K. CAMPBELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CV405-181 |
| MASON WHITE and BRENNAN, HARRIS, & ROMINGER, | ) ) ) |
| Defendants. | ) ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 22nd day of May, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA